UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARASOTA WINE MARKET, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:17CV2792   HEA |
| ) | |
| ERIC R. GREITENS, et al., ) | |
| ) | |
| ) | |
| Defendants, ) | |

**ORDER**

**IT IS HEREBY ORDERED** that oral argument on Defendants' Motion to Dismiss [Doc. #17] is set for Tuesday, March 6, 2018, at 1:30 p.m. in the courtroom of the undersigned.

Dated this 16th day of February, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE