## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARASOTA WINE MARKET, LLC )<br>d/b/a MAGNUM WINE AND TASTINGS, )<br>and HEATH CORDES, )<br>     )<br>     Plaintiffs, )<br>     )<br>     vs. )<br>     )<br>MICHAEL L PARSON Governor of Missouri, )<br>JOSHUA HAWLEY Attorney General of Missouri, )<br>and KEITH HENDRICKSON, Acting Supervisor )<br>of the Missouri Division of Alcohol and Tobacco )<br>Control, )<br>     )<br>     Defendants. ) | Case No. 4:17-cv-2792 HEA |

### MOTION FOR RELIEF FROM A FINAL ORDER

Comes now, Plaintiffs, by counsel, and hereby moves the Court to reconsider its Opinion, Memorandum and Order issued on June 15, 2018 pursuant to FRCP 60(b) in the above-captioned case and in support states as follows:

1.   The Court found in the Opinion, Memorandum and Order issued on June 15, 2018 that the Plaintiffs lacked standing to bring their case.

2.   According to the Opinion, Memorandum and Order, the Plaintiffs lacked standing and therefore, this court lacks jurisdiction. As a result, the court should not have reached the merits in the Opinion, Memorandum and Order.

3.   Plaintiffs respectfully request that the Opinion, Memorandum and Order be withdrawn and that standing be reconsidered in this matter.

4.   If this Court still finds that the Plaintiffs lack standing, Plaintiffs respectfully request that that the opinion be limited to the issue of standing.

5. If this Court finds standing, then Plaintiffs respectfully request that an opinion be re-issued on the merits.

WHEREFORE, Plaintiffs prays that this Court reconsider its Opinion, Memorandum and Order, and if there is still not standing, limit the Opinion to that issue, and if there is standing, re-issue its Opinion on the merits.

Respectfully submitted,

EPSTEIN, COHEN, SEIF & PORTER

/s/_Robert D. Epstein
Robert D. Epstein (Atty. No. 6726-49)
EPSTEIN COHEN SEIF & PORTER
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204
Tel:  317-639-1326
Fax:  317-638-9891
RDEpstein@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2018, a copy of the foregoing was filed via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

/s/_Robert D. Epstein
Robert D. Epstein