IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Sarasota Wine Market, LLC, *et al.* ) | |
|     *Plaintiffs* ) | Case no. 4:17-cv-02792-HEA |
| ) | |
| vs ) | |
| ) | |
| Michael L. Parsons, *et al.* ) | |
|     *Defendants* ) | |

**NOTICE OF NEW PERTINENT AUTHORITY**

Plaintiffs hereby bring to the Court's attention new authority pertinent to the matter now pending in front of the Court. On September 28, 2018, an opinion was issued in *Lebamoff Enterprises et al. v. Snyder*, Case No. 2:17-cv-10191 (E.D. Mich. 2018). The case involved the same dispute over whether the 21st Amendment authorized a state to discriminate against nonresidents by allowing only in-state retailers to ship wine directly to consumers. In *Lebamoff*, the District Court ruled in favor of the plaintiffs, found that the nondiscrimination principle of the Commerce Clause applied to wine shipping by retailers, and struck down the Michigan law that prohibited nonresidents from shipping to consumers. A copy of the opinion is attached.

                                          Respectfully submitted,
                                          Attorneys for plaintiffs*:*

                                          *s/ James A. Tanford*
                                          James A. Tanford (IN 15982-53)
                                          Kristina M. Swanson (IN 34791-29)
                                          Robert D. Epstein (IN 6726-49
                                          *Epstein Cohen Seif &* Porter, LLP
                                          50 S. Meridian St., Ste 505

>Indianapolis IN 46204
>Tel. 812-332-4966
>Fax. 317-638-9891
>tanford@indiana.edu
>
>Alan S. Mandel (MO 29137)
>Mandel & Mandel, LLP
>1108 Olive St., 5th Floor
>St. Louis MO 63101
>877-893-1256
>dsmm001 @aol.com

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, the foregoing document was filed electronically with the Clerk of the Court and will be served on the attorneys for all defendants through the Court's electronic filing system.

>*s/ James A. Tanford*
>James A. Tanford
>Epstein Cohen Seif & Porter, LLC
>*Attorney for Plaintiffs*

2