# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SARASOTA WINE MARKET, LLC, ) <br> d/b/a MAGNUM WINE AND ) <br> TASTING, et al., ) <br> ) <br>           Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL L. PARSON, et al., ) <br> ) <br>           Defendants. ) | Case No. 4:17-cv-2792 HEA |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF NEW PERTINENT AUTHORITY

Defendants state that the new, pertinent authority is a case out of the Eastern District of Michigan, a district court in the Sixth Circuit. *Lebamoff Enterprises v. Snyder*, Case No. 17-10191 (E.D. Mich. 9/28/18). [Doc. #42-1] Similar to *Byrd v. Tennessee Wine & Spirits Assoc.*, 883 F.3d 608 (6th Cir. 2018), the Court found Michigan's shipping laws were unconstitutional because they forbid out-of-state retailers from shipping wine to Michigan consumers. *Lebamoff*, slip op. *19. [Doc. #42-1, p. 19]

Both of these cases were decided in the Sixth Circuit. The current case is pending in the Eighth Circuit where it has been determined that the residency requirements are constitutional and were authorized by the Twenty-First Amendment. *Southern Wine and Spirits of Am., Inc. v. Div. of Alc. &*

*Tobacco Control*, 731 F.3d 799, 809-12 (8th Cir. 2013). This court is obliged to follow the holdings of the Eighth Circuit.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

/s/ *Katherine S. Walsh*
Katherine S. Walsh, MO37255
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
Tel:   (314) 340-7861
Fax:  (314) 340-7029
katherine.walsh@ago.mo.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of October, 2018, a copy of the foregoing was filed via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

/s/ *Katherine S. Walsh*

2