UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARASOTA WINE MARKET, LLC d/b/a MAGNUM WINE AND TASTINGS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL L. PARSON, et al.<br><br>Defendants. | CASE NO. 4:17CV02792 HEA |

## ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED**.

Dated this 29th day of March 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE