IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Sarasota Wine Market, LLC, | ) | |
| d/b/a Magnum Wine and Tastings, | ) | |
| Heath Cordes, Michael Schlueter, | ) | |
| and Terrence French | ) | |
| *Plaintiffs* | ) | Case no. 4:17-cv-02792-HEA |
| | ) | |
| vs | ) | |
| | ) | |
| Michael L. Parsons, *et al.* | ) | |
| *Defendants* | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in the above captioned case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment and order granting the defendants' motion to dismiss the amended complaint entered in this action on the 29th day of March, 2019.

Attorneys for plaintiffs:

 s/ James A. Tanford
James A. Tanford
*Counsel of record*
Epstein Cohen Seif & Porter, LLC
50 S. Meridian St., Ste 505
Indianapolis IN 46204
Tel. 812-332-4966
Fax. 317-638-9891
tanford@indiana.edu

Robert D. Epstein
Epstein Cohen Seif & Porter, LLC
50 S. Meridian St., Ste 505
Indianapolis IN 46204
Tel. 317-639-1326
Fax. 317-638-9891                                          .
rdepstein@aol.com

1

>Alan S. Mandel
>MANDEL AND MANDEL, LLP
>1108 Olive Street, Fifth Floor
>St. Louis, MO 63101
>314-621-1701
>Fax: 314-621-4800
>Email: dsmm001@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, the foregoing document was filed electronically with the Clerk of the Court and will be served on the attorney for all defendants through the Court's electronic filing system to:

>Katherine S. Walsh
>Assistant Attorney General
>P.O. Box 861
>St. Louis, MO 63188
>Katherine.Walsh@ago.mo.gov

.

> s/ James A. Tanford
>James A. Tanford
>Epstein Cohen Seif & Porter, LLC
>*Attorney for Plaintiffs*